# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KATHERINE BOUDREAUX BEBONING,

Plaintiff,

-vs-                                          Case No. 6:08-cv-2001-Orl-18GJK

RADIOSHACK CORPORATION,

Defendant.

---

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR SANCTIONS (Doc. No. 21)** |
| **FILED:** | September 29, 2009 |
| **THEREON** it is **RECOMMENDED** that the **MOTION** be **DENIED**. | |

On November 26, 2008, Plaintiff Katherine L. Boudreaux Beboning ("Plaintiff") filed a Complaint ("Complaint") against Radio Shack Corporation ("Defendant"). Doc. No. 1 (as amended at Doc. No. 10). On April 9, 2009, Plaintiff perfected service of the Complaint on Defendant. Doc. No. 13. Pursuant to Local Rule 3.04(c)(2)(B): "Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant . . . The Case Management Report must be filed within 14 days after the meeting." Local Rule 3.04(c)(2)(B). Thus, the deadline to hold a Case Management